**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Daniel Trucking International, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-3647545** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **555 Allendale Drive, Suite D** <br> **Wheeling, IL 60090** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Daniel Trucking International, Inc.**                                    Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor    **Daniel Trucking International, Inc.**                          Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Daniel Trucking International, Inc.**
Name                                                                Case number (*if known*)

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  7, 2025**
MM / DD / YYYY

**X /s/ Pavel Pavlov**                                 **Pavel Pavlov**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ David Freydin**                         Date    **July  7, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**David Freydin**
Printed name

**Law Offices of David Freydin**
Firm name

**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
Number, Street, City, State & ZIP Code

Contact phone    **888-536-6607**    Email address    **david.freydin@freydinlaw.com**

**6286192 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Daniel Trucking International, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  7, 2025**          X **/s/ Pavel Pavlov**
                                          Signature of individual signing on behalf of debtor

                                          **Pavel Pavlov**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Daniel Trucking International, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express National Bank PO Box 3001 Malvern, PA 19355** | | **credit card** | | | | **$65,613.00** |
| **DLL Financial Solution Services, In 1111 Old Eagle School Rd. Wayne, PA 19087** | | **Three 2020 Freightliner trucks** **1FUJHHDR3LLLN 2070 1FUJHHDER1LLL N2102 1FUJHHDR7LLLN 2315** | | **$153,947.47** | **$90,000.00** | **$63,947.47** |
| **Electronic Funds Source 4031 Aspen Grove Drive Suite 550 Franklin, TN 37067** | | **fuel** | | | | **$60,000.00** |
| **Huntington Bank Attn: Bankruptcy Po Box 182519 Columbus, OH 43218** | | **business loan** | | | | **$1,196,500.00** |
| **Huntington Natl Bk Attn: Bankruptcy Po Box 340996 Columbus, OH 43234** | | **Five 2022 CIMC trailers** **527SR5327NL0258 08 527SR5329NL0258 09 527SR5320NL0258 13 527SR5328NL0258 17 527SR532XNL025 818** | | **$346,669.45** | **$200,000.00** | **$146,669.45** |

Debtor  **Daniel Trucking International, Inc.**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Huntington Natl Bk Attn: Bankruptcy Po Box 340996 Columbus, OH 43234** | | **2021 Freightliner truck**<br><br>**3AKJHHDR8MSM Y3453** | | $66,918.93 | $42,000.00 | $24,918.93 |
| **M&T Capital Evan Goldstein, Esq. 225 Asylum St, 20th Floor Hartford, CT 06103** | | **One 2021 and One 2022 Freightliner trucks**<br><br>**3AKJHHDRXMSN A1432 3AKJHHDR5NSMZ 0944** | | $101,089.62 | $75,000.00 | $26,089.62 |
| **M&T Capital Evan Goldstein, Esq. 225 Asylum St, 20th Floor Hartford, CT 06103** | | **2022 Freightliner truck and 2022 Utility trailer**<br><br>**3AKJHHDR9NSMZ 0946 1UYVS2533N6517 829** | | $97,864.22 | $75,000.00 | $22,864.22 |
| **M&T Capital Evan Goldstein, Esq. 225 Asylum St, 20th Floor Hartford, CT 06103** | | **Two 2020 Freightliner trucks One 2022 CIMC trailer**<br><br>**3AKJHHDR5LSLM 5450 3AKJHHDR7LSLR 5315 527SR5323NL0247 53** | | $110,718.06 | $91,000.00 | $19,718.06 |
| **M&T Capital Evan Goldstein, Esq. 225 Asylum St, 20th Floor Hartford, CT 06103** | | **Three 2022 Freightliner trucks**<br><br>**3AKJHHDR1NSM X6040 1FUJHHDR0NLNA 6295 3AKJHHDRXNSN H3362** | | $208,415.39 | $150,000.00 | $58,415.39 |
| **M&T Capital Evan Goldstein, Esq. 225 Asylum St, 20th Floor Hartford, CT 06103** | | **Two 2022 Freightliner trucks**<br><br>**3AKJHHDR1NSNH 3363 3AKJHHDR3NSN G3305** | | $109,662.03 | $60,000.00 | $49,662.03 |

Debtor  **Daniel Trucking International, Inc.**                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **M&T Capital Evan Goldstein, Esq. 225 Asylum St, 20th Floor Hartford, CT 06103** | | **Three 2020/21 Freightliner trucks 3AKJHHDR2MSML6466 3AKJHHDR4MSML6467 3AKJHHDR4LSLM6394** | | **$135,918.84** | **$100,000.00** | **$35,918.84** |
| **M&T Capital Evan Goldstein, Esq. 225 Asylum St, 20th Floor Hartford, CT 06103** | | **One  2024 International truck 3HSDZAPR3RN345990** | | **$140,872.59** | **$110,000.00** | **$30,872.59** |
| **M&T Capital Evan Goldstein, Esq. 225 Asylum St, 20th Floor Hartford, CT 06103** | | **One 2020, Two 2021, and One 2022 Freightliner trucks One 2021 Star truck 5KJJBHDR2LLLW8871 3AKJHHDR1LSLT1173 3AKJHHDR4MSMX7858 3AKJHHDR8MSMX78** | | **$286,263.44** | **$190,000.00** | **$96,263.44** |
| **M&T Capital Evan Goldstein, Esq. 225 Asylum St, 20th Floor Hartford, CT 06103** | | **Seventeen 2019/20 Great Dane trailers Ten 2020 Freightliner trucks 1GRAA0625KW156731 1GRAA0626KW156768 1GR1A0623LW176025 1GR1A0629LW176031 1GR** | | **$788,539.17** | **$725,000.00** | **$63,539.17** |
| **Old National Bank c/o Jacobs and Pinta 77 W Washington St, Suite 1005 Chicago, IL 60602** | | **business loan** | | | | **$1,252,718.02** |

Debtor   **Daniel Trucking International, Inc.**_____     Case number *(if known)*   _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pathward, NA c/o John R Fleming 101 West Big Beaver Road, 10th Fl Troy, MI 48084** | | **2021 Freightliner truck**<br><br>**1FUJHHDR1MLME 8311** | | **$64,094.70** | **$30,000.00** | **$34,094.70** |
| **Regent Bank 7136 S Yale Ave. Suite 100 Tulsa, OK 74136** | | **Two 2024 International trucks** | | **$316,948.28** | **$250,000.00** | **$66,948.28** |
| **Small Business Administration 332 S. Michigan Avenue, Suite 600 Chicago, IL 60604** | | **EIDL loan** | | | | **$1,886,000.00** |
| **Wabash Financing 655 Business Center Dr. Horsham, PA 19044** | | **Eleven 2021 Wabash trailers** | | **$321,144.00** | **$300,000.00** | **$21,144.00** |

**Fill in this information to identify the case:**

Debtor name    **Daniel Trucking International, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................    $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................    $     **3,268,500.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................    $     **3,268,500.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **3,813,761.61**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **4,460,831.02**

4. **Total liabilities** ................................................................................
    Lines 2 + 3a + 3b        $     **8,274,592.63**

**Fill in this information to identify the case:**

Debtor name   **Daniel Trucking International, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Bannk of America** | **Checking** | **3014** | **$15,000.00** |
| 3.2. **Old National Bank, dormant account** | **Checking** | **7214** | **$0.00** |
| 3.3. **Huntington Bank, dormant** | **Checking** | **2354** | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                    **$15,000.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

Debtor    **Daniel Trucking International, Inc.**                    Case number *(If known)* _____
          <sub>Name</sub>

|  | 7.1. | **Secuirty deposit with Forty Feet Realty, Inc.** | $5,000.00 |
|---|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                     $5,000.00
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

   11a. 90 days old or less:    **235,000.00**  -  **0.00**  = ....    $235,000.00
                                 <sub>face amount</sub>          <sub>doubtful or uncollectible accounts</sub>

12.    **Total of Part 3.**                                            $235,000.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |

| Debtor | **Daniel Trucking International, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|---|---|---|---|---|
| | Computers, printers, office furniture | $0.00 | Comparable sale | $2,000.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** | $2,000.00 |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **Two 2022 CIMC trailers** | | | |
|---|---|---|---|---|
| | 527SR5321NL026517 527SR5323NL026518 | $0.00 | Comparable sale | $54,000.00 |

| 47.2. | **2006 Sprinter Van** | $0.00 | Comparable sale | $1,000.00 |
|---|---|---|---|---|

| 47.3. | **Eleven 2021 Wabash trailers** | $0.00 | Comparable sale | $300,000.00 |
|---|---|---|---|---|

Debtor   **Daniel Trucking International, Inc.**                          Case number *(If known)* _____
Name

47.4.   **Seventeen 2019/20 Great Dane trailers**
**Ten 2020 Freightliner trucks**

**1GRAA0625KW156731**
**1GRAA0626KW156768**
**1GR1A0623LW176025**
**1GR1A0629LW176031**
**1GR1A062XLW176040**
**1GR1A0621LW209538**
**1GR1A0621LW209555**
**1GR1A0629LW176028**
**1GR1A0624LW176034**
**1GR1A0623LW176042**
**1GR1A062XLW209540**
**1GR1A0627LW209558**
**1GR1A0627LW176030**
**1GR1A0623LW176039**
**1GR1A0625LW176043**
**1GR1A0624LW209548**
**1GR1A0622LW209564**
**3AKJHHDR5NSNA6197**
**3AKJHHDRXLSLP7178**
**3AKJHHDR4LSLP7385**
**3AKJHHDR9LSLP7236**
**3AKJHHDR5LSLP7136**
**3AKJHHDRXLSLP7391**
**3AKJHHDR4LSLP7208**
**3AKJHHDR5LSLP7296**
**3AKJHHDR2LSLP7451**
**3AKJHHDR9LSLP7334**                                    **$0.00**                          **$725,000.00**

47.5.   **Three 2020 Freightliner trucks**

**1FUJHHDR3LLLN2070**
**1FUJHHDER1LLLN2102**
**1FUJHHDR7LLLN2315**                                    **$0.00**    **Comparable sale**        **$90,000.00**

47.6.   **2020 Hyundai trailer**

**3H3V532C7LT309006**                                    **$0.00**    **Comparable sale**        **$20,000.00**

47.7.   **Ten 2020 Freightliner**

**3AKJHHDR9LSLP7284**
**3AKJHHDR3LSLP7202**
**3AKJHHDR1LSLP7196**
**3AKJHHDRXLSLP7147**
**3AKJHHDR0LSLP7335**
**3AKJHHDR5LSLP7041**
**3AKJHHDR1LSLP7134**
**3AKJHHDR8LSLP7065**
**3AKJHHDR6LSLP7162**
**3AKJHHDR7LSLP7140**                                    **$0.00**    **Comparable sale**       **$300,000.00**

47.8.   **2021 Freightliner truck**

**1FUJHHDR1MLME8311**                                    **$0.00**    **Comparable sale**        **$30,000.00**

| Debtor | **Daniel Trucking International, Inc.** | Case number *(If known)* | |
| | Name | | |

**47.9.** **Two 2022 Freightliner trucks**

| 3AKJHHDR1NSNH3363 | | | |
| 3AKJHHDR3NSNG3305 | $0.00 | | $60,000.00 |

**47.10** **Two 2020 Freightliner trucks**
**One 2022 CIMC trailer**

| 3AKJHHDR5LSLM5450 | | | |
| 3AKJHHDR7LSLR5315 | | | |
| 527SR5323NL024753 | $0.00 | Comparable sale | $91,000.00 |

**47.11** **Three 2020/21 Freightliner trucks**

| 3AKJHHDR2MSML6466 | | | |
| 3AKJHHDR4MSML6467 | | | |
| 3AKJHHDR4LSLM6394 | $0.00 | Comparable sale | $100,000.00 |

**47.12** **2014 Vanguard trailer**

| 5V8VC5329EM403995 | $0.00 | Comparable sale | $1,500.00 |

**47.13** **Five 2022 CIMC trailers**

| 527SR5327NL025808 | | | |
| 527SR5329NL025809 | | | |
| 527SR5320NL025813 | | | |
| 527SR5328NL025817 | | | |
| 527SR532XNL025818 | $0.00 | | $200,000.00 |

**47.14** **2021 Freightliner truck**

| 3AKJHHDR8MSMY3453 | $0.00 | | $42,000.00 |

**47.15** **2021 Freightliner truck**

| 3AKJHHDR8MSMS1552 | $0.00 | Comparable sale | $42,000.00 |

**47.16** **One 2021 and One 2022 Freightliner**
**trucks**

| 3AKJHHDRXMSNA1432 | | | |
| 3AKJHHDR5NSMZ0944 | $0.00 | Comparable sale | $75,000.00 |

**47.17** **2023 Freightliner truck**

| 3AKJHHDR7PSND8023 | $0.00 | Comparable sale | $55,000.00 |

**47.18** **2022 Freightliner truck and 2022 Utility**
**trailer**

| 3AKJHHDR9NSMZ0946 | | | |
| 1UYVS2533N6517829 | $0.00 | Comparable sale | $75,000.00 |

Debtor    **Daniel Trucking International, Inc.**                          Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 47.19. | **2022 Freightliner truck** | | | |
| | 3AKJHHDR2NSNJ1443 | $0.00 | Comparable sale | $50,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.20. | **Three 2022 Freightliner trucks** | | | |
| | 3AKJHHDR1NSMX6040<br>1FUJHHDR0NLNA6295<br>3AKJHHDRXNSNH3362 | $0.00 | Comparable sale | $150,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.21. | **One 2020, Two 2021, and One 2022<br>Freightliner trucks<br>One 2021 Star truck<br>5KJJBHDR2LLLW8871**<br><br>**3AKJHHDR1LSLT1173<br>4AKJHHDR4MSMX7858<br>3AKJHHDR8MSMX7863<br>3AKJHHDR9NSNB8241** | $0.00 | Comparable sale | $190,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.22. | **One  2024 International truck** | | | |
| | 3HSDZAPR3RN345990 | $0.00 | Comparable sale | $110,000.00 |

| | | | | |
|---|---|---|---|---|
| 47.23. | **Two 2024 International trucks** | $0.00 | Comparable sale | $250,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.    **Total of Part 8.**                                                              | $3,011,500.00 |
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Daniel Trucking International, Inc.**                    Case number *(If known)* _____
         Name

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Daniel Trucking International, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $235,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,011,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,268,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,268,500.00 |

**Fill in this information to identify the case:**

Debtor name **Daniel Trucking International, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Balboa Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Two 2022 CIMC trailers** | $53,769.72 | $54,000.00 |

**2.1  Balboa Capital**
Creditor's Name

**c/o Keegan Madden**
**330 N Wabash, Suite 3300**
**Chicago, IL 60611**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Two 2022 CIMC trailers**

**527SR5321NL026517**
**527SR5323NL026518**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.2  Crossroads Equipment Finance**
Creditor's Name

**9385 Haven Ave**
**Rancho Cucamonga, CA 91730**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2020 Hyundai trailer**

**3H3V532C7LT309006**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

$24,612.46      $20,000.00

Debtor **Daniel Trucking International, Inc.**                    Case number (if known) _____
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **DLL Financial Solution Services, In** | Describe debtor's property that is subject to a lien | $153,947.47 | $90,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Three 2020 Freightliner trucks** | | |

1FUJHHDR3LLLN2070
1FUJHHDER1LLLN2102
1FUJHHDR7LLLN2315

**1111 Old Eagle School Rd.
Wayne, PA 19087**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **DLL Financial Solution Services, In** | Describe debtor's property that is subject to a lien | $295,586.16 | $300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Ten 2020 Freightliner** | | |

3AKJHHDR9LSLP7284
3AKJHHDR3LSLP7202
3AKJHHDR1LSLP7196
3AKJHHDRXLSLP7147
3AKJHHDR0LSLP7335
3AKJHHDR5LSLP7041
3AKJHHDR1LSLP7134
3AKJHHDR8LSLP7065
3AKJHHDR6LSLP7162
3AKJHHDR7LSLP7140

**1111 Old Eagle School Rd.
Wayne, PA 19087**
Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|

Debtor   **Daniel Trucking International, Inc.**
_____
Name

Case number (if known) _____

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Huntington Natl Bk** | Describe debtor's property that is subject to a lien | $346,669.45 | $200,000.00 |
|---|---|---|---|---|

Creditor's Name

**Five 2022 CIMC trailers**

**527SR5327NL025808**
**527SR5329NL025809**
**527SR5320NL025813**
**527SR5328NL025817**
**527SR532XNL025818**

**Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Huntington Natl Bk** | Describe debtor's property that is subject to a lien | $66,918.93 | $42,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234**

**2021 Freightliner truck**

**3AKJHHDR8MSMY3453**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Huntington Natl Bk** | Describe debtor's property that is subject to a lien | $56,861.64 | $42,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234**

**2021 Freightliner truck**

**3AKJHHDR8MSMS1552**

---

Debtor    **Daniel Trucking International, Inc.**                                     Case number (if known) _____
_____
Name

| Creditor's mailing address | **Describe the lien** |
|---|---|

**Purchase Money Security**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **M&T Capital** | **Describe debtor's property that is subject to a lien** | $788,539.17 | $725,000.00 |
|---|---|---|---|---|

Creditor's Name

**Seventeen 2019/20 Great Dane trailers
Ten 2020 Freightliner trucks**

1GRAA0625KW156731
1GRAA0626KW156768
1GR1A0623LW176025
1GR1A0629LW176031
1GR1A062XLW176040
1GR1A0621LW209538
1GR1A0621LW209555
1GR1A0629LW176028
1GR1A0624LW176034

**Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **M&T Capital** | **Describe debtor's property that is subject to a lien** | $109,662.03 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**Two 2022 Freightliner trucks**

**Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103**

3AKJHHDR1NSNH3363
3AKJHHDR3NSNG3305

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

Debtor    **Daniel Trucking International, Inc.**                                    Case number *(if known)* _____
_____
Name

**Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                           ☐ Contingent
☐ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.

---

| 2.1 0 | **M&T Capital** | Describe debtor's property that is subject to a lien | $110,718.06 | $91,000.00 |

Creditor's Name                                **Two 2020 Freightliner trucks**
                                               **One 2022 CIMC trailer**

**Evan Goldstein, Esq.**                       **3AKJHHDR5LSLM5450**
**225 Asylum St, 20th Floor**                  **3AKJHHDR7LSLR5315**
**Hartford, CT 06103**                         **527SR5323NL024753**

Creditor's mailing address                     Describe the lien
                                               **Purchase Money Security**
                                               **Is the creditor an insider or related party?**
                                               ■ No
Creditor's email address, if known             ☐ Yes
                                               **Is anyone else liable on this claim?**
**Date debt was incurred**                     ■ No
                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply
■ No                                           ☐ Contingent
☐ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.

---

| 2.1 1 | **M&T Capital** | Describe debtor's property that is subject to a lien | $135,918.84 | $100,000.00 |

Creditor's Name                                **Three 2020/21 Freightliner trucks**

**Evan Goldstein, Esq.**                       **3AKJHHDR2MSML6466**
**225 Asylum St, 20th Floor**                  **3AKJHHDR4MSML6467**
**Hartford, CT 06103**                         **3AKJHHDR4LSLM6394**

Creditor's mailing address                     Describe the lien
                                               **Purchase Money Security**
                                               **Is the creditor an insider or related party?**
                                               ■ No
Creditor's email address, if known             ☐ Yes
                                               **Is anyone else liable on this claim?**
**Date debt was incurred**                     ■ No
                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**             Check all that apply

Debtor    **Daniel Trucking International, Inc.**
_____    Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **M&T Capital** | Describe debtor's property that is subject to a lien | $101,089.62 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

One 2021 and One 2022 Freightliner trucks

**Evan Goldstein, Esq.**
**225 Asylum St, 20th Floor**
**Hartford, CT 06103**

3AKJHHDRXMSNA1432
3AKJHHDR5NSMZ0944

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 3 | **M&T Capital** | Describe debtor's property that is subject to a lien | $66,266.51 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

2023 Freightliner truck

**Evan Goldstein, Esq.**
**225 Asylum St, 20th Floor**
**Hartford, CT 06103**

3AKJHHDR7PSND8023

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 4 | **M&T Capital** | Describe debtor's property that is subject to a lien | $97,864.22 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

2022 Freightliner truck and 2022 Utility trailer

**Evan Goldstein, Esq.**
**225 Asylum St, 20th Floor**
**Hartford, CT 06103**

3AKJHHDR9NSMZ0946
1UYVS2533N6517829

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  6 of 10

Debtor   **Daniel Trucking International, Inc.**                    Case number (if known) _____
          Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Purchase Money Security** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 5 | **M&T Capital** | **Describe debtor's property that is subject to a lien** | $67,598.93 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103

| | |
|---|---|
| Creditor's mailing address | **2022 Freightliner truck** |
| | **3AKJHHDR2NSNJ1443** |
| | **Describe the lien** |
| | **Purchase Money Security** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **M&T Capital** | **Describe debtor's property that is subject to a lien** | $208,415.39 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103

| | |
|---|---|
| Creditor's mailing address | **Three 2022 Freightliner trucks** |
| | **3AKJHHDR1NSMX6040** |
| | **1FUJHHDR0NLNA6295** |
| | **3AKJHHDRXNSNH3362** |
| | **Describe the lien** |
| | **Purchase Money Security** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |

Debtor   **Daniel Trucking International, Inc.**
         Name                                                      Case number (if known) _____

■ No
☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its         ☐ Disputed
relative priority.

---

| 2.1 7 | **M&T Capital** | Describe debtor's property that is subject to a lien | $286,263.44 | $190,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**One 2020, Two 2021, and One 2022
Freightliner trucks
One 2021 Star truck 5KJJBHDR2LLLW8871**

**3AKJHHDR1LSLT1173
3AKJHHDR4MSMX7858
3AKJHHDR8MSMX7863
3AKJHHDR9NSNB8241**

**Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known        ☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**                 ■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an             As of the petition filing date, the claim is:
interest in the same property?**            Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its             ☐ Disputed
relative priority.

---

| 2.1 8 | **M&T Capital** | Describe debtor's property that is subject to a lien | $140,872.59 | $110,000.00 |

Creditor's Name
**Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103**

Describe debtor's property that is subject to a lien
**One  2024 International truck**

**3HSDZAPR3RN345990**

Creditor's mailing address

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known        ☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**                 ■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an             As of the petition filing date, the claim is:
interest in the same property?**            Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its             ☐ Disputed
relative priority.

---

| 2.1 9 | **Pathward, NA** | Describe debtor's property that is subject to a lien | $64,094.70 | $30,000.00 |

Debtor   **Daniel Trucking International, Inc.**
_____   Case number (if known) _____
Name

| Creditor's Name | |
|---|---|
| **c/o John R Fleming**<br>**101 West Big Beaver Road,**<br>**10th Fl**<br>**Troy, MI 48084** | **2021 Freightliner truck**<br><br>**1FUJHHDR1MLME8311** |

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2<br>0 | **Regent Bank** | **Describe debtor's property that is subject to a lien** | **$316,948.28** | **$250,000.00** |
|---|---|---|---|---|
| | Creditor's Name<br>**7136 S Yale Ave.**<br>**Suite 100**<br>**Tulsa, OK 74136** | **Two 2024 International trucks** | | |

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2<br>1 | **Wabash Financing** | **Describe debtor's property that is subject to a lien** | **$321,144.00** | **$300,000.00** |
|---|---|---|---|---|
| | Creditor's Name<br>**655 Business Center Dr.**<br>**Horsham, PA 19044** | **Eleven 2021 Wabash trailers** | | |

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Debtor    **Daniel Trucking International, Inc.**                        Case number (if known) _____
          Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$3,813,761.61** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **Daniel Trucking International, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,613.00 |
|---|---|---|---|

**American Express National Bank**
**PO Box 3001**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **credit card**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Electronic Funds Source**
**4031 Aspen Grove Drive**
**Suite 550**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **fuel**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,196,500.00 |
|---|---|---|---|

**Huntington Bank**
**Attn: Bankruptcy**
**Po Box 182519**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business loan**

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,252,718.02 |
|---|---|---|---|

**Old National Bank**
**c/o Jacobs and Pinta**
**77 W Washington St, Suite 1005**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business loan**

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Daniel Trucking International, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,886,000.00 |
|---|---|---|---|

**Small Business Administration**
**332 S. Michigan Avenue, Suite 600**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __EIDL loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,460,831.02 |
| 5c. Total of Parts 1 and 2 | 5c. $ | 4,460,831.02 |
| Lines 5a + 5b = 5c. | | |

**Fill in this information to identify the case:**

Debtor name **Daniel Trucking International, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for office and parking lot at 555 Allendale Drive in Wheeling, IL**<br><br>**4 months** |
| | **Forty Feet High Realty**<br>**540 Allendale**<br>**Wheeling, IL 60090** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for office space at 2117 State St., Suite 104, Bettendorf, IA 52722**<br><br>**month to month** |
| | **Green Bridge Company**<br>**2117 State St**<br>**Suite 300**<br>**Bettendorf, IA 52722** |

**Fill in this information to identify the case:**

Debtor name __**Daniel Trucking International, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Pavel Pavlov** | **6890 Boggs Lane**<br>**Boonville, CA 95415** | **Electronic Funds Source** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Daniel Trucking International, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$4,434,409.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$12,241,629.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$15,576,818.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Daniel Trucking International, Inc.**                                            Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **M&T Capital**<br>Evan Goldstein, Esq.<br>225 Asylum St, 20th Floor<br>Hartford, CT 06103 | 04/07 -<br>07/07/25 | $182,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Wabash Financing**<br>655 Business Center Dr.<br>Horsham, PA 19044 | 04/07 -<br>07/07/25 | $43,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Electronic Funds Source**<br>4031 Aspen Grove Drive<br>Suite 550<br>Franklin, TN 37067 | 04/07 -<br>07/07/25 | $120,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.  **American Express National Bank**<br>PO Box 3001<br>Malvern, PA 19355 | 04/07 -<br>07/07/25 | $45,000.00 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Balboa Capital**<br>c/o Keegan Madden<br>330 N Wabash, Suite 3300<br>Chicago, IL 60611 | 04/07-07/07/2<br>5 | $9,145.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **Regent Bank**<br>7136 S Yale Ave.<br>Suite 100<br>Tulsa, OK 74136 | 04/07 -<br>07/07/25 | $12,045.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **IPFS Corp.**<br>PO BOX 412086<br>Kansas City, MO 64141 | 04/07-07/07/2<br>5 | $106,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Daniel Trucking International, Inc.** | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Pavel Pavlov**<br>**6890 Boggs Lane**<br>**Kelseyville, CA 95451**<br>**President** | **06/30/24 -**<br>**06/30/2025** | **$52,000.00** | **Salary for managing the business** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Old National Bank v. Daniel Trucking, et al**<br>**2025 L 007111** | **breach of contract, collection** | **Cook Couty Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **The Huntington National Bank v. Daniel Trucking, et al**<br>**2:25-cv-00619** | **breach of contract, collection** | **US District Court, Southern District OH** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1000

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Daniel Trucking International, Inc.**                                           Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of David Freydin<br>8707 Skokie Blvd<br>Suite 305<br>Skokie, IL 60077** | **Attorney Fees** | **various** | **$15,000.00** |
| | **Email or website address<br>david.freydin@freydinlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Daniel Trucking International, Inc.**                                    Case number *(if known)* _____

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Daniel Trucking International, Inc.**                                          Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.    Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **6**

Debtor   **Daniel Trucking International, Inc.**                    Case number *(if known)* _____

#### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Bulstate Corp.**<br>**1505 E Oakton St.**<br>**Des Plaines, IL 60018** | **2011- present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

#### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

#### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pavel Pavlov** | **6890 Boggs Lane**<br>**Boonville, CA 95415** | **President** | **100** |

#### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

#### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Daniel Trucking International, Inc.**                                  Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Pavel Pavlov**<br>**6890 Boggs Lane**<br>**Boonville, CA 95415** | **$52,000** | **06/30/24 -**<br>**06/30/25** | **Salary for running the business** |
| **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July  7, 2025**
_____

**/s/ Pavel Pavlov**                                    **Pavel Pavlov**
_____               _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**
_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Daniel Trucking International, Inc.** _____   Case No. _____
_____
Debtor(s)                    Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $ _____ **HOURLY**

     Prior to the filing of this statement I have received _____   $ _____ **15,000**

     Balance Due _____   $ _____ **HOURLY**

2.   The source of the compensation paid to me was:

     ☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____
_Date_

                              **David Freydin**
                              _Signature of Attorney_
                              **Law Offices of David Freydin**
                              **8707 Skokie Blvd**
                              **Suite 305**
                              **Skokie, IL 60077**
                              **888-536-6607   Fax: 866-575-3765**
                              **david.freydin@freydinlaw.com**
                              _Name of law firm_

# CHICAGO DEBT SOLUTIONS

### BY LAW OFFICES
### OF DAVID FREYDIN LTD

July 1, 2025

Via Electronic Mail

Daniel Trucking, Inc.
Attn: Pavel Pavlov

Re:   Engagement of Counsel for Chapter 11 Bankruptcy Filing

Dear Mr. Pavlov

We are pleased to be engaged by Daniel Trucking, Inc. (herein, "you" or "your"), as counsel in connection with a Chapter 11 bankruptcy filing for Daniel Trucking, Inc. The following are the terms under which you will engage us.

## 1.   **Scope of Representation**

You have asked us to represent you in connection with filing a Chapter 11 bankruptcy case.   Retention post-bankruptcy filing is subject to approval by the Bankruptcy Court.

## 2.   **Termination of Engagement**

The engagement may be terminated by you or us at any time for any reason by written notice, subject on our part to applicable rules of professional conduct.   In the event that we terminate the engagement, we will take such steps as are reasonably practicable to protect your interests in the above matters.

Following any such termination, any otherwise nonpublic information you have supplied to us will be kept confidential in accordance with applicable rules of professional conduct.   At your request, papers and property will be returned promptly upon receipt of payment for outstanding fees and costs.   We will retain our files, including attorney work product.   For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any such documents or other materials retained by us within a reasonable time after the termination of the engagement.

## 3.   **Fees and Expenses**

Our fees are determined based on the time spent providing professional services. David Freydin will be primarily responsible for the representation of you, in the matters referenced above.   David Freydin's current hourly **rate is $450**.   Our attorney rates range **from $200/hour to $450/hour** depending on the level experience of the particular attorney working on the matter.   Please note that our attorney and paralegal rates are subject to increase from time to time.   Our statements of invoice will include detailed explanations of the services we provide.

mówimy po polsku | se habla español | говорим по-русски

---

8707 Skokie Boulevard • Suite 305 • Skokie • IL  60077       579 W. North Avenue • Suite 203 • Elmhurst • IL  60126
phone: 888.536.6607 • fax: 866.575.3765 • contact@freydinlaw.com
www.chicagodebtsolutions.com

## CHICAGO DEBT SOLUTIONS

### BY LAW OFFICES
### OF DAVID FREYDIN LTD

We will also include in our statements separate charges for expenses including, without limitation, travel, delivery and messenger service, computerized research, and application, search and filing fees.

The fees and expenses relating to this matter are unpredictable. Accordingly, no commitment is being made to you concerning the maximum fees and expenses which will be necessary to complete any matter. It is also expressly understood that payment of fees and expenses are in no way contingent on the ultimate outcome of any or all matters.

4.     **Retainer**

The firm acknowledges receipt of fifteen thousand dollars and zero cents ($15,000) prior to filing of the Ch. 11 bankruptcy petition. All fees and expenses incurred through the date of bankruptcy filing will be billed against the deposited retainer.
We expressly preserve the right to request payment of additional retainer subsequent to the filing of the bankruptcy case, subject to approval by the Bankruptcy Court.

5.     **Waiver of Conflicts**

You are aware that we represent other companies and individuals. It is possible that during the time we are representing you, some of our present or future clients will have disputes or transactions with you. You agree that we may continue to represent or undertake in the future to represent future or existing clients in any matter that is not substantially related to our work for you even if the interests of those clients in such other matters are directly adverse. However, your prospective consent to conflicting representation contained in the preceding sentence shall not apply in any instance where, as a result of the representation of you, we have obtained proprietary or other confidential information of a nonpublic nature, that, if known to such other client, could be used in any such other matter by such client to your material disadvantage.

Finally, please note that a possibility exists that the interests of one or more of you may run counter to the interests of others in your group. If such a scenario should arise, we may be required, pursuant to the applicable rules of professional conduct, to withdraw our representation of one or more of you or even all parties. By signing this letter, you hereby acknowledge that you are aware of the foregoing possibilities and, notwithstanding the same, you hereby consent to our representation of you.

We believe that the foregoing covers the basic elements of our attorney-client relationship with you. If you are in agreement, please counter-sign this letter in the applicable signature blocks provided below and return to me. You should retain a copy for your records. If you have any questions regarding this letter or if you would like to discuss possible modifications to it, please do not hesitate to call us.        mówimy po polsku  |  se habla español  |  говорим по-русски

8707 Skokie Boulevard • Suite 305 • Skokie • IL  60077        579 W. North Avenue • Suite 203 • Elmhurst • IL  60126
phone: 888.536.6607 • fax: 866.575.3765 • contact@freydinlaw.com
www.chicagodebtsolutions.com

# CHICAGO DEBT SOLUTIONS

### BY LAW OFFICES
### OF DAVID FREYDIN LTD

Sincerely,

Law Offices of David Freydin

By:    __/s/ David Freydin__
       David Freydin

ACCEPTED AND AGREED:

By:    _____
       Pavel Pavlov
       Daniel Trucking, Inc.

mówimy po polsku  |  se habla español  |  говорим по-русски

8707 Skokie Boulevard • Suite 305 • Skokie • IL  60077        579 W. North Avenue • Suite 203 • Elmhurst • IL  60126
phone: 888.536.6607 • fax: 866.575.3765 • contact@freydinlaw.com
www.chicagodebtsolutions.com

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Daniel Trucking International, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Pavel Pavlov<br>6890 Boggs Lane<br>Boonville, CA 95415** | **Common** | **100** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 7, 2025**

Signature   **/s/ Pavel Pavlov**

**Pavel Pavlov**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Daniel Trucking International, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **29**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 7, 2025**

**/s/ Pavel Pavlov**
**Pavel Pavlov**/**President**
Signer/Title

American Express National Bank
PO Box 3001
Malvern, PA 19355


Balboa Capital
c/o Keegan Madden
330 N Wabash, Suite 3300
Chicago, IL 60611


Crossroads Equipment Finance
9385 Haven Ave
Rancho Cucamonga, CA 91730


DLL Financial Solution Services, In
1111 Old Eagle School Rd.
Wayne, PA 19087


DLL Financial Solution Services, In
1111 Old Eagle School Rd.
Wayne, PA 19087


Electronic Funds Source
4031 Aspen Grove Drive
Suite 550
Franklin, TN 37067


Forty Feet High Realty
540 Allendale
Wheeling, IL 60090


Green Bridge Company
2117 State St
Suite 300
Bettendorf, IA 52722


Huntington Bank
Attn: Bankruptcy
Po Box 182519
Columbus, OH 43218


Huntington Natl Bk
Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234

```
Huntington Natl Bk
Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234


Huntington Natl Bk
Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234


M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103


M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103


M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103


M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103


M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103


M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103


M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103
```

```
M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103


M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103


M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103


M&T Capital
Evan Goldstein, Esq.
225 Asylum St, 20th Floor
Hartford, CT 06103


Old National Bank
c/o Jacobs and Pinta
77 W Washington St, Suite 1005
Chicago, IL 60602


Pathward, NA
c/o John R Fleming
101 West Big Beaver Road, 10th Fl
Troy, MI 48084


Pavel Pavlov
6890 Boggs Lane
Boonville, CA 95415


Regent Bank
7136 S Yale Ave.
Suite 100
Tulsa, OK 74136


Small Business Administration
332 S. Michigan Avenue, Suite 600
Chicago, IL 60604


Wabash Financing
655 Business Center Dr.
Horsham, PA 19044
```

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Daniel Trucking International, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Daniel Trucking International, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  7, 2025**

Date

**/s/ David Freydin**

**David Freydin**

Signature of Attorney or Litigant

Counsel for   **Daniel Trucking International, Inc.**

**Law Offices of David Freydin**

**8707 Skokie Blvd**
**Suite 305**
**Skokie, IL 60077**
**888-536-6607 Fax:866-575-3765**
**david.freydin@freydinlaw.com**